IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                            CASE NO: 08-30415
                                                                                     CHAPTER 7
MATTHEWS, GLORIA

Debtor(s)
_____/

NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 001/008 | Citifinancial<br>5007 N Davis Hwy, Ste.17<br>Pensacola, Florida 32503 | $68.53/$68.53 |

The check mailed at the above address on February 8, 2010 has been been returned by the creditor, account "settled in full".

Dated this 23rd day of April, 2010.

/s/ Sherry F. Chancellor
Sherry F. Chancellor, Trustee
619 West Chase Street
Pensacola, Florida 32502
(850) 436-8445
Florida Bar No: 434574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon Citifinancial, 5007 N Davis Hwy, Ste.17, Pensacola, Florida 32503 and Charles Edwards, Office of the U. S. Trustee, 110 East Park Avenue, #128, Tallahassee, Florida 32301 on this 23rd day of April, 2010.

/s/ Sherry F. Chancellor
Sherry F. Chancellor, Trustee